IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-744-KS

| | | |
|---|---|---|
| ALFIE BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Defendant's motion to appear remotely at the oral argument hearing scheduled for July 21, 2026 [DE #17] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). On or before July 14, 2026, counsel for Defendant shall submit a VTC Request, which is available at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 30th day of June 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge